# Exhibit B

State Court Filings

Exhibit B-1       State Court Docket

Exhibit B-2       Clerk's Certificate of Compliance W-2020-73CIV/2020-74-UFC

Exhibit B-3       Complaint

Exhibit B-4       Civil Cover Sheet

Exhibit B-5       eSummons Issuance (*Defendant* Hammer, Viktor Armand)

Exhibit B-6       eSummons Issuance (*Defendant* Morgan Stanley Smith Barney)

Exhibit B-7       Motion for Enlargement of Time

Exhibit B-8       Notice of Appearance (*Defendant* Hammer, Viktor Armand)

Exhibit B-9       Agreed Order

Exhibit B-10      Notice of Filing/Notice of Removal to Federal Court

Exhibit B-11      Order of Remand

Exhibit B-12      Stipulation for Substitution of Counsel (*Plaintiff* Hammer International Foundation)

Exhibit B-13      Notice of Appearance (*Plaintiff* Hammer International Foundation)

Exhibit B-14      Order for Substitution of Counsel (*Plaintiff*)

Exhibit B-15      Motion to Appear Pro Hac Vice (*Plaintiff* Hammer International Foundation)

Exhibit B-16      Notice of Appearance (*Defendant* Morgan Stanley Smith Barney LLC)

Exhibit B-17      Amended Answer & Affirmative Defenses (*Defendant* Morgan Stanley Smith Barney)

Exhibit B-18      Order (On Verified Motion for Admission to Appear Pro Hac Vice)

Exhibit B-19      Answer to Interrogs

Exhibit B-20      Response to Request for Production

Exhibit B-21      Motion for Leave to Amend (*Plaintiff* Hammer International Foundation)

Exhibit B-22       Motion to Compel (*Defendant* Hammer, Viktor Armand to *Plaintiff* Hammer
                   International Foundation)

Exhibit B-23       Notice of Voluntary Dismissal W/Out Prejudice

Exhibit B-24       Order Granting Leave to Amend Complaint

Exhibit B-25       Amended Complaint (*Plaintiff* Hammer International Foundation)

Exhibit B-26       Request for Production of Documents

Exhibit B-27       Motion for Injunction (*Plaintiff* Hammer International Foundation)

Exhibit B-28       Notice of Hearing

Exhibit B-29       Motion to Intervene (*Plaintiff* Hammer International Foundation)

Exhibit B-30       Notice of Hearing (Zoom)

Exhibit B-31       Notice of Hearing (Zoom Motion to Intervene)

Exhibit B-32       Answer to Amended Complaint

Exhibit B-33       Notice of Unavailability

Exhibit B-34       Re-Notice of Hearing

Exhibit B-35       Motion for Leave to File (*Defendant* Morgan Stanley Smith Barney LLC)

Exhibit B-36       Notice of Cancellation

Exhibit B-37       Notice of Hearing

Exhibit B-38       Motion to Appear Pro Hac Vice – Annefloor de Groot

Exhibit B-39       Motion to Appear Pro Hac Vice – S. Malone

Exhibit B-40       Motion to Appear Pro Hac Vice – L. Westby

Exhibit B-41       Notice of Hearing

Exhibit B-42       Amendment to Complaint

Exhibit B-43       Response to Request for Production

Exhibit B-44       Objection (*Plaintiff* Hammer International Foundation)

Exhibit B-45       Notice of Filing (Armand Hammer Foundation's Notice of Filing Cayman
                   Islands Court Proceedings in Support of its Motion to Intervene)

| | |
|---|---|
| Exhibit B-46 | Notice of Filing (Armand Hammer Foundation's Notice of Filing and Request for the Court to Take Judicial Notice of Court Records in Support of its Motion to Intervene) |
| Exhibit B-47 | Objection (*Plaintiff* Hammer International Foundation on Motion Calendar Hearing on Morgan Stanley Smith Barney Motion to File Interpleader Complaint) |
| Exhibit B-48 | Opposition (*Plaintiff* Hammer International Foundation on the Armand Hammer Foundation's Motion to Intervene) |
| Exhibit B-49 | Memorandum in Opposition (*Plaintiff* Hammer International Foundation to Morgan Stanley Smith Barney's Motion to File Interpleader Complaint) |
| Exhibit B-50 | Order Granting (Verified Motions for Admission to Appear Pro Hac Vice for S. Malone and L. Westby) |
| Exhibit B-51 | Reply (Armand Hammer Foundation in Support of its Motion to Intervene) |
| Exhibit B-52 | Re-Notice of Hearing |
| Exhibit B-53 | Reply (*Defendant* Morgan Stanley Smith Barney in Further Support of its Motion to file Interpleader Complaint) |
| Exhibit B-54 | Re-Notice of Hearing |
| Exhibit B-55 | Order Granting (Leave to File Interpleader Complaint) |
| Exhibit B-56 | Motion to Transfer (Plaintiff Hammer International Foundation) |
| Exhibit B-57 | Answer to Amended Complaint |
| Exhibit B-58 | Response (Armand Hammer Foundation Response in Opposition to Plaintiff's Verified Motion for Injunctive Relief) |
| Exhibit B-59 | Response to Motion |
| Exhibit B-60 | Agreed Order (to Transfer the above-styled case to Division 4) |
| Exhibit B-61 | Order of Referral to General Magistrate |
| Exhibit B-62 | Objection to Referral of General Magistrate/HO |
| Exhibit B-63 | Answer to Counterclaim |
| Exhibit B-64 | Motion to Dismiss Counterclaim (*Plaintiff* Hammer International Foundation to Dismiss Morgan Stanley Smith Barney's Interpleader Counterclaim) |
| Exhibit B-65 | Order Granting Motion (to Intervene) |

Exhibit B-66     Notice of Hearing

Exhibit B-67     Memorandum in Support (of *Plaintiff* Hammer International Foundation's
Motion to Transfer to Complex Business Division)

Exhibit B-68     Motion Requesting Transfer of Bus-Tort Case to Complex Div (*Plaintiff*
Hammer International Foundation)

Exhibit B-69     Notice of Hearing

Exhibit B-70     Order Directing Clerk to Transfer

Exhibit B-71     Answer to Amended Complaint

# Exhibit B-1

State Court Docket



The Clerk's Office will be closed on Monday, September 25th, for Yom Kippur

Menu ☰

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

# Case Detail - Public

 Print

### Hammer International Foundation Plaintiff vs. Morgan Stanley Smith Barney LLC,, et al Defendant

**Broward County Case Number:** CACE22017682
**State Reporting Number:** 062022CA017682AXXXCE
**Court Type:** Civil
**Case Type:** Contract and Indebtedness
**Incident Date:** N/A
**Filing Date:** 12/02/2022
**Court Location:** Central Courthouse
**Case Status:** Reopened - CV
**Magistrate Id / Name:** Cody, Carla Bernice
**Judge ID / Name:** Tuter, Jack

− Party(ies)

Total: 3

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Hammer International Foundation** | | ★ Kaplan, Kevin C Retained Bar ID: 933848 Coffey Burlington, P.L. 2601 S Bayshore Dr Ph 1 Miami, FL 33133-5460 **Status: Active** Raffanello, Susan E Retained Bar ID: 676446 Coffey Burlington P.L. Office in the Grove, PH 2699 S Bayshore Drive Miami, FL 33133 **Status: Active** |
| Defendant | **Morgan Stanley Smith Barney LLC,** | | ★ Tuchman, Matthew R Retained Bar ID: 109297 Davis Wright Tremaine LLP 6630 Eagle Nest Lane Unit 4105 Miami Lakes, FL 33014-2334 **Status: Active** |
| Defendant | **Hammer, Viktor Armand** | | ★ Todd, Ryan K, ESQ. Retained Bar ID: 91679 Nelson Mullins Broad and Cassel 2 Biscayne BLVD FL 21 Miami, FL 33131-1800 **Status: Active** |

## — Disposition(s)

Total: 1

| Date | Statistical Closure(s) |
|---|---|
| 01/23/2023 | Disposed by Other |

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|
| 01/13/2023 | **Notice of Filing/Notice of Removal to Federal Court**<br>  Comment (Defendant Viktor Armand Hammer ) | 📄 | 46 |
| 03/28/2023 | **Notice of Voluntary Dismissal W/Out Prejudice**<br> Vol./Book 0 , Page 0, 3 pages<br> Instrument Number 118762148 | 📄 | 3 |

## − Collection(s)    Total: 0

**There is no Collection information available for this case.**

## − Event(s) & Document(s)    Total: 69

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 09/05/2023 | **Answer to Amended Complaint** | | 📄 | 10 |
| 09/05/2023 | **Order Directing Clerk to Transfer** | To Div 07 | 📄 | 1 |
| 08/25/2023 | **Notice of Hearing** | | 📄 | 3 |
| 08/24/2023 | **Motion Requesting Transfer of Bus -Tort Case to Complex Div** | Party: *Plaintiff* Hammer International Foundation | 📄 | 4 |
| 08/24/2023 | **Memorandum in Support** | MOTION TO TRANSFER TO COMPLEX BUSINESS DIVISION<br>Party: *Plaintiff* Hammer International Foundation | 📄 | 10 |
| 08/18/2023 | **Notice of Hearing** | | 📄 | 3 |
| 08/14/2023 | **Order Granting Motion** | TO INTERVENE | 📄 | 2 |
| 07/27/2023 | **Motion to Dismiss Counterclaim** | MORGAN STANLEY'S INTERPLEADER<br>Party: *Plaintiff* Hammer International Foundation | 📄 | |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 07/10/2023 | **Answer to Counterclaim** | | 📄 | 7 |
| 07/06/2023 | **Objection to Referral of General Magistrate/HO** | | 📄 | 3 |
| 06/27/2023 | **Order of Referral to General Magistrate** | | 📄 | 3 |
| 06/22/2023 | **Agreed Order** | to Transfer the above-styled case to Division 4 | 📄 | 2 |
| 06/21/2023 | **Response to Motion** | | 📄 | 39 |
| 06/20/2023 | **Response** | THE ARMAND HAMMER FOUNDATION, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S VERIFIED MOTION FOR INJUNTIVE RELIEF | 📄 | 135 |
| 06/20/2023 | **Answer to Amended Complaint** | | 📄 | 13 |
| 06/16/2023 | **Motion to Transfer** | Party: *Plaintiff* Hammer International Foundation | 📄 | 4 |
| 06/15/2023 | **Order Granting** | Leave to File Interpleader Complaint | 📄 | 2 |
| 06/13/2023 | **Re-Notice of Hearing** | | 📄 | 3 |
| 05/31/2023 | **Reply** | IN FURTHER SUPPORT OF ITS MOTION TO FILE INTERPLEADER COMPLAINT Party: *Defendant* Morgan Stanley Smith Barney LLC, | 📄 | 6 |
| 05/30/2023 | **Re-Notice of Hearing** | | 📄 | 3 |
| 05/30/2023 | **Reply** | THE ARMAND HAMMER FOUNDATION, INC.'S REPLY IN SUPPORT OF ITS MOTION TO INTERVENE | 📄 | 88 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 05/23/2023 | **Order Granting** | VERIFIED MOTIONS FOR ADMISSION TO APPEAR PRO HAC VICE FOR S. WADE MALONE AND LUCAS A. WESTBY | 📄 | 2 |
| 05/23/2023 | **Memorandum in Opposition** | TO MORGAN STANLEY'S MOTION TO FILE INTERPLEADER COMPLAINT<br>Party: *Plaintiff* Hammer International Foundation | 📄 | 10 |
| 05/23/2023 | **Opposition** | TO THE ARM AND HAMMER FOUNDATION'S MOTION TO INTERVENE<br>Party: *Plaintiff* Hammer International Foundation | 📄 | 11 |
| 05/23/2023 | **Objection** | TO MOTION CALENDAR HEARING ON DEFENDANT'S MOTION TO FILE INTERPLEADER COMPLAINT<br>Party: *Plaintiff* Hammer International Foundation | 📄 | 10 |
| 05/19/2023 | **Notice of Filing** | | 📄 | 13 |
| 05/19/2023 | **Notice of Filing** | | 📄 | 16 |
| 05/18/2023 | **Objection** | Party: *Plaintiff* Hammer International Foundation | 📄 | 3 |
| 05/11/2023 | **Response to Request for Production** | | 📄 | 12 |
| 05/03/2023 | **Amendment to Complaint** | BY INTERLINEATION<br>Party: *Plaintiff* Hammer International Foundation | 📄 | 4 |
| 05/01/2023 | **Notice of Hearing** | | 📄 | 2 |
| 05/01/2023 | **Motion to Appear Pro Hac Vice** | Movant Lucas A. Westby | 📄 | 6 |
| 05/01/2023 | **Motion to Appear Pro Hac Vice** | Movant S. Wade Malone | 📄 | |
| 05/01/2023 | **Motion to Appear Pro Hac Vice** | Movant Annefloor de Groot | 📄 | 6 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 04/28/2023 | **Notice of Hearing** | | 📄 | 2 |
| 04/26/2023 | **Notice of Cancellation** | | 📄 | 2 |
| 04/25/2023 | **Motion for Leave to File** | Party: *Defendant* Morgan Stanley Smith Barney LLC, | 📄 | 18 |
| 04/25/2023 | **Re-Notice of Hearing** | | 📄 | 3 |
| 04/25/2023 | **Notice of Unavailability** | | 📄 | 2 |
| 04/25/2023 | **Answer to Amended Complaint** | | 📄 | 9 |
| 04/24/2023 | **Notice of Hearing** | | 📄 | 3 |
| 04/24/2023 | **Notice of Hearing** | | 📄 | 3 |
| 04/21/2023 | **Motion to Intervene** | Party: *Plaintiff* Hammer International Foundation | 📄 | 284 |
| 04/17/2023 | **Notice of Hearing** | | 📄 | 3 |
| 04/13/2023 | **Motion for Injunction** | VERIFIED MOTION FOR INJUNCTIVE RELIEF Party: *Plaintiff* Hammer International Foundation | 📄 | 22 |
| 04/11/2023 | **Request for Production of Documents** | | 📄 | 10 |
| 04/10/2023 | **Amended Complaint** | Party: *Plaintiff* Hammer International Foundation | 📄 | 12 |
| 04/10/2023 | **Order Granting Leave to Amend Complaint** | | 📄 | 2 |
| 03/28/2023 | **Motion to Compel** | RESPONSES TO FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS AND FIRST INTERROGATORIES TO PLAINTIFF Party: *Defendant* Hammer, Viktor Armand | 📄 | 17 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 03/28/2023 | **Motion for Leave to Amend** | Party: *Plaintiff* Hammer International Foundation | 📄 | 15 |
| 03/02/2023 | **Response to Request for Production** | | 📄 | 5 |
| 03/02/2023 | **Answer to Interrogs** | | 📄 | 4 |
| 03/01/2023 | **Order** | ON VERIFIED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE | 📄 | 2 |
| 02/28/2023 | **Amended Answer & Affirmative Defenses** | Party: *Defendant* Morgan Stanley Smith Barney LLC, | 📄 | 5 |
| 02/28/2023 | **Notice of Appearance** | Party: *Defendant* Morgan Stanley Smith Barney LLC, | 📄 | 3 |
| 02/21/2023 | **Motion to Appear Pro Hac Vice** | Party: *Plaintiff* Hammer International Foundation | 📄 | 5 |
| 02/18/2023 | **Order for Substitution of Counsel** | Plaintiff | 📄 | 2 |
| 02/16/2023 | **Notice of Appearance** | Party: *Plaintiff* Hammer International Foundation | 📄 | 2 |
| 02/16/2023 | **Stipulation for Substitution of Counsel** | Party: *Plaintiff* Hammer International Foundation | 📄 | 2 |
| 02/10/2023 | **Order of Remand** | | 📄 | 5 |
| 01/05/2023 | **Agreed Order** | The Motion is hereby GRANTED | 📄 | 2 |
| 01/05/2023 | **Notice of Appearance** | Party: *Defendant* Hammer, Viktor Armand | 📄 | 2 |
| 01/05/2023 | **Motion for Enlargement of Time** | UNOPPOSED TO PLAINTIFF'S COMPLAINT Party: *Defendant* Hammer, Viktor Armand | 📄 | 3 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 12/12/2022 | **eSummons Issuance** | Party: *Defendant* Morgan Stanley Smith Barney LLC, | 📄 | 3 |
| 12/12/2022 | **eSummons Issuance** | Party: *Defendant* Hammer, Viktor Armand | 📄 | 3 |
| 12/02/2022 | **Per AOSC20-23 Amd12, Case is determined General** | | | |
| 12/02/2022 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄 | 3 |
| 12/02/2022 | **Complaint (eFiled)** | Party: *Plaintiff* Hammer International Foundation | 📄 | 4 |
| 12/02/2022 | **Clerk's Certificate of Compliance W-2020-73CIV/2020-74-UFC** | none | 📄 | 1 |

**—** Hearing(s)                                                    Total: 0

| **There is no Disposition information available for this case.** |
|---|

**—** Related Case(s)                                              Total: 0

| **There is no related case information available for this case.** |
|---|

# Brenda D. Forman

## Clerk of Court

Broward County
17th Judicial Circuit

MORE ABOUT THE CLERK (/ABOUTUS/ABOUTTHEOFFICE#ABOUTTHECLERK)                                   ›

 (https://www.facebook.com/browardclerkofcourts/)

# Exhibit B-2

Clerk's Certificate of Compliance
W-2020-73CIV/2020-74-UFC

IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY, FLORIDA

Case No: _22 – 17682_

Hammer International Foundation
Plaintiff

Judge Division: _21_

VS

Morgan Stanley Smith Barney LLC;
Defendant
Viktor Armand Hammer

**CLERK'S CERTIFICATE OF COMPLIANCE**

I hereby certify that pursuant to Administrative Order, No. 2020–73Civ/2020-74-UFC:
"ADMINISTRATIVE ORDER DIRECTING CLERK OF COURTS WITH REGARD TO
DISMISSED CIVIL OR FAMILY CASES",

The Clerk has conducted a search for all previous existing civil cases related to
these two parties.

Listed below are all the aforementioned related cases: NONE

Brenda D. Forman
Circuit and County Courts

By: _____

Deputy Clerk

# Exhibit B-3

Complaint

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

Hammer International Foundation,

     Plaintiff,

v.                               Case No. _____

                                    Division: _____

Morgan Stanley Smith Barney LLC
and Viktor Armand Hammer,

     Defendants.

_____/

### Complaint

The plaintiff, Hammer International Foundation ("**HIF**"), sues the defendants, Morgan Stanley Smith Barney LLC ("**Morgan Stanley**") and Viktor Armand Hammer ("**Viktor Hammer**"), and states:

### Jurisdiction and Venue

1.     The plaintiff, HIF, is a not-for-profit association and charitable foundation under Section 79 of the Companies Law of the Cayman Islands.  HIF is registered to do business and has its principal place of business in the United States in Broward County, Florida.

2.     The defendant, Morgan Stanley, is a Delaware brokerage firm registered to do business and doing business in Broward County, Florida.

3.     The defendant, Viktor Hammer, is a Tennessee resident.

4.     Venue is proper in, and the Court has jurisdiction over, both defendants in Broward County, Florida because Morgan Stanley breached its contract obligation to HIF in Broward County, Florida, and Viktor Hammer tortiously caused injury to HIF in Broward County, Florida.

5.     The amount in controversy exceeds this Court's jurisdictional threshold of $30,000.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 12/02/2022 09:24:06 AM.****

## Count I – Breach of Contract Against Morgan Stanley

6.      HIF maintained 2 securities accounts with Morgan Stanley ending in numbers 1254 and 1305.

7.      On or about November 8, 2022, HIF directed Morgan Stanley to transfer both of HIF's accounts with Morgan Stanley to Wells Fargo Advisors.

8.      On or about November 17, 2022, Morgan Stanley transferred HIF's account 1305 to Wells Fargo Advisors, in accordance with HIF's directive.

9.      Morgan Stanley refused, however, to transfer HIF's main account 1254, holding securities greatly exceeding $30,000, to Wells Fargo Advisors, thereby breaching Morgan Stanley's contract obligation to HIF.

10.     HIF has not been able to locate any written contract with Morgan Stanley concerning HIF's account 1254, which Morgan Stanley has refused to transfer to Wells Fargo Advisors.

11.     HIF has requested Morgan Stanley to provide any written contract purportedly governing account 1254, but Morgan Stanley has declined to do so.

12.     Morgan Stanley contracted, either orally or in writing, to honor HIF's instruction to transfer account 1254.

13.     Morgan Stanley's breach of its oral or written contract to transfer HIF's account 1254, upon HIF's request, has caused HIF damages which exceed $30,000.00.

14.     HIF is suffering irreparable harm and has no adequate remedy at law for Morgan Stanley's refusal to transfer HIF's account 1254.

WHEREFORE, HIF requests the Court to enter a judgment against Morgan Stanley for breach of contract damages, costs, and interest; to enter a mandatory injunction ordering Morgan

Stanley immediately to transfer HIF's account 1254 to Wells Fargo Advisors, as directed; and to award such other relief as the Court deems proper.  HIF further demands trial by jury.

<u>**Count II – Viktor Hammer's Tortious Interference with HIF's<br>Contract With Morgan Stanley**</u>

15.  HIF incorporates all preceding allegations in this paragraph.

16.  At all material times, Morgan Stanley employed and / or offered Viktor Hammer as a financial advisor to handle HIF's account 1254, which Morgan Stanley has refused to transfer to Wells Fargo Advisors.

17.  Viktor Hammer and Morgan Stanley had a conflict of interest in handling HIF's account 1254 because Viktor Hammer at all material times also served on the Board of Directors of The Armand Hammer Foundation, Inc. ("**AHF**"), a Florida, not-for-profit foundation whose accounts Morgan Stanley and Viktor Hammer also handled.

18.  HIF and AHF are affiliated, not-for-profit foundations.

19.  Viktor Hammer's father, Michael Armand Hammer, was the longstanding Chairman and President of HIF and AHF before his terminal illness in 2022.

20.  Michael Armand Hammer died on November 20, 2022, and Viktor Hammer immediately thereafter began unlawfully trying to seize control of AHF and HIF.

21.  Morgan Stanley and Viktor Hammer derived substantial revenue from maintaining and handling HIF's and AHF's accounts, which revenue would terminate upon transfer of HIF's and AHF's accounts from Morgan Stanley to Wells Fargo Advisors.

22.  On or about November 25, 2022, just five days after his father's death, Viktor Hammer unlawfully conducted an invalid meeting of the Board of Directors of AHF during which Viktor Hammer purportedly put himself in charge of AHF and HIF and purportedly gave himself exclusive control over AHF's and HIF's accounts with Morgan Stanley.

23.     No valid Board meeting of AHF occurred, and no valid Board action was taken on behalf of AHF, on November 25, 2022.

24.     Viktor Hammer had no legal authority to put himself in charge of HIF or to give himself exclusive control over HIF's accounts, through the invalid, AHF Board meeting on November 25, 2022, or otherwise.

25.     At Viktor Hammer's patently conflicted insistence, however, Morgan Stanley has refused to honor HIF's directive to transfer HIF's account 1254 to Wells Fargo Advisors.

26.     Viktor Hammer, without legal authority or justification, knowingly and tortiously interfered with HIF's contract with Morgan Stanley concerning account 1254 and thereby caused damage and irreparable harm to HIF.

WHEREFORE, HIF requests the Court to enter judgment against Viktor Hammer for damages, costs, interest, and attorneys' fees and to award such other relief as the Court deems proper.  HIF further demands trial by jury.

Dated this 2nd day of December 2022.

<div style="margin-left:40%;">

/s/ David C. Banker
David C. Banker, Esquire
Florida Bar No. 352977
BUSH ROSS, P.A.
P.O. Box 3913
Tampa, FL  33601-3913
Primary E-mail:  dbanker@bushross.com
Secondary E-mail: aflowers@bushross.com
Telephone: (813) 224-9255
Facsimile: (813) 223-9620
**Attorneys for HIF**

</div>

# Exhibit B-4

Civil Cover Sheet

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.    **CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Hammer International Foundation</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>Morgan Stanley Smith Barney LLC,, Viktor Armand Hammer</u>
Defendant

II.    **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

III.    **TYPE OF CASE**    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

## CIRCUIT CIVIL

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☐ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☐ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**     **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

    <u>1, Breach of Contract; and 2. Tortious interference with contract</u>

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**     **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ David C. Banker</u>      Fla. Bar # <u>352977</u>
    Attorney or party      (Bar # if attorney)

<u>David C. Banker</u>      <u>12/02/2022</u>
(type or print name)      Date

- 3 -

# Exhibit B-5

eSummons Issuance

Case 0:23-cv-61827-RS   Document 1-2   Entered on FLSD Docket 09/22/2023   Page 26 of 101

CACE-22-017682

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

Hammer International Foundation,

     Plaintiff,

v.                                   Case No. CACE-22-017682

                                       Division: 21

Morgan Stanley Smith Barney LLC,
and Viktor Armand Hammer

     Defendants.

_____/

**SUMMONS**

**THE STATE OF FLORIDA:**
To each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this action on Defendant:

**Viktor Armand Hammer**
**188 Front Street, Suite 116-15**
**Franklin, TN 37064**

Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is:

**David C. Banker, Esquire, Bush Ross, P.A.**
**1801 North Highland Avenue**
**Tampa, Florida 33602**

within **20 days** after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of the written defenses with the Clerk of this Court at 201 SE 6th Street, Fort Lauderdale, Florida 3301, either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

    Dated: _____     DEC 13 2022

                     BRENDA D. FORMAN
                     CLERK OF CIRCUIT COURT

                     By: _____
                     As Deputy Clerk
                     **IMPORTANT**

                     BRENDA D. FORMAN

Page 1 of 3

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 12/12/2022 05:40:52 PM.****

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days.  If you have a hearing or voice disability you can contact the court through the Florida Relay Service by calling 711."**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Clerk of Court & Comptroller's Office ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l.assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d.autres obligations juridiques et vous pouvez requerir les services immediats d.un avocat. Si vous ne connaissez pas d.avocat, vous pourriez telephoner a un service de reference d.avocats ou a un bureau d.assistance juridique (figurant a l.annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter Clerk of Court & Comptroller's Office ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721; au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

# Exhibit B-6

eSummons Issuance

Case 0:23-cv-61827-RS Document 1-2 Entered on FLSD Docket 09/22/2023 Page 30 of 101

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

Hammer International Foundation,

     Plaintiff,

v.                                            Case No. CACE-22-017682

                                              Division: 21

Morgan Stanley Smith Barney LLC,
and Viktor Armand Hammer

     Defendants.

_____/

## SUMMONS

**THE STATE OF FLORIDA:**
To each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this action on Defendant:

**Morgan Stanley Smith Barney LLC**
**c/o C T Corporation System, as Registered Agent**
**1200 South Pine Island Road**
**Plantation, FL 33324**

Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is:

**David C. Banker, Esquire, Bush Ross, P.A.**
**1801 North Highland Avenue**
**Tampa, Florida 33602**

within **20 days** after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of the written defenses with the Clerk of this Court at 201 SE 6th Street, Fort Lauderdale, Florida 3301, either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

     Dated: _____     DEC 13 2022

                         BRENDA D. FORMAN
                         CLERK OF CIRCUIT COURT

                         By: _____
                         As Deputy Clerk

                         **IMPORTANT**

                    Page 1 of 3     BRENDA D. FORMAN

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days.  If you have a hearing or voice disability you can contact the court through the Florida Relay Service by calling 711."**

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Clerk of Court & Comptroller's Office ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l.assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d.autres obligations juridiques et vous pouvez requerir les services immediats d.un avocat. Si vous ne connaissez pas d.avocat, vous pourriez telephoner a un service de reference d.avocats ou a un bureau d.assistance juridique (figurant a l.annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter Clerk of Court & Comptroller's Office ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721; au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

# Exhibit B-7

Motion for Enlargement of Time

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE 22-017682 (21)

HAMMER INTERNATIONAL FOUNDATION,
a Cayman Islands company,

        Plaintiff,

v.

MORGAN STANLEY SMITH BARNEY, LLC,
a foreign limited liability company, VIKTOR
ARMAND HAMMER, a foreign individual,

        Defendants.

_____/

**DEFENDANT'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME
TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, Viktor Armand Hammer, pursuant to Fla.R.Civ.P. 1.190(b), files this, his

***Unopposed*** Motion for Enlargement of Time, and herein seeks a brief extension to file a

response to Plaintiff, Hammer International Foundation's, Complaint, and in support thereof,

states:

1.     On Saturday, December 17, 2022, Plaintiff served Mr. Hammer with the

Summons and Complaint.  Pursuant to Fla.R.Jud.Admin. 2.514, Mr. Hammer's response to

the Complaint is due on January 9, 2023.

2.     Based on the recent holidays, related travel, the demands of counsel's practice,

and other deadlines, counsel for Mr. Hammer requires a one-week enlargement of time up to

and including January 17, 2023—as January 16 is a Court holiday—to conduct the

appropriate investigation and prepare a response to the Complaint.

Case No. CACE 22-017682 (21)

3.      Rule 1.090(b) of Florida Rules of Civil Procedure specifically authorizes the Court to grant enlargements of time in the interest of judicial economy and if reasonable grounds are asserted before the deadline to respond expires. *See, e.g., Morales v. Sperry Rand Corp.*, 601 So. 2d 538, 540 (Fla. 1992); *Pinnacle Corp. of Cent. Florida, Inc. v. R.L Jernigan Sandblasting & Painting, Inc.*, 718 So. 2d 1265, 1266 (Fla. 2d DCA 1998).

4.      Granting an enlargement of time is within this Court's discretion. *See Hovercraft of S. Fla., Inc. v. Reynolds*, 211 So. 3d 1073, 1077 (Fla. 5th DCA 2017).

5.      Accordingly, the undersigned respectfully requests that this Court grant Mr. Hammer's one-week extension of time in which to file his response to the Complaint.

6.      By so moving herein, Mr. Hammer does not waive and expressly reserves all available defenses, including but not limited to defenses based on improper venue and lack of personal jurisdiction. *See Benedetto v. U.S. Bank Nat. Ass'n*, 181 So. 3d 564, 567 (Fla. 4th DCA 2015) ("Where a defendant files a motion for extension of time to answer a complaint, the defendant does not submit to the jurisdiction of the court or waive the defense of lack of jurisdiction for failure of service of process.") (citing *Byers v. FIA Card Servs., N.A.*, 82 So. 3d 1166, 1168 (Fla. 4th DCA 2012)).

7.      The undersigned represents and certifies that this Motion is not interposed for any dilatory or improper purpose, and no undue prejudice will be caused to any party at this stage of the litigation.

8.      The undersigned contacted counsel for Plaintiff, regarding the request for a one-week extension, and he advised that he has no objection to the requested extension of time.

Case No. CACE 22-017682 (21)

**WHEREFORE**, Defendant, Viktor Armand Hammer, respectfully requests that the Court enter an Order granting Defendant an enlargement of time, up to and including January 17, 2023, within which to file its response to the Plaintiff's Complaint.

Dated: January 5, 2023                    Respectfully submitted,

                                          **NELSON MULLINS**

                                          By: _Ryan K. Todd_
                                          Ryan Todd | FBN: 91679
                                          ryan.todd@nelsonmullins.com
                                          One Biscayne Tower, 21st Floor
                                          Miami, Florida 33131
                                          Tel: 305.373.9425
                                          *Counsel for Defendant, Viktor Armand Hammer*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by e-mail via the Florida Courts eFiling Portal to the below counsel this 5th day of January 2023.

BUSH ROSS, P.A.
David C. Banker
Florida Bar No. 352977
dbanker@bushross.com
aflowers@bushross.com
P.O. Box 3913
Tampa, FL 33601-3913
Tel: 813.224.9255
*Counsel for Plaintiff*

# Exhibit B-8

Notice of Appearance

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE 22-017682 (21)

HAMMER INTERNATIONAL FOUNDATION,
a Cayman Islands company,

      Plaintiff,

v.

MORGAN STANLEY SMITH BARNEY, LLC,
a foreign limited liability company, VIKTOR
ARMAND HAMMER, a foreign individual,

      Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

NOTICE is hereby given that Ryan Todd, Esq., of the law firm Nelson Mullins, enters his appearance in this lawsuit on behalf of Defendant, Viktor Armand Hammer.

Defendant hereby designates its primary and secondary email addresses and requests that copies of all motions, pleadings, orders and other documents in this case be served on it at the email addresses below pursuant to Florida Rule of Judicial Administration 2.516:

    **Primary E-mail address:**           **Ryan.Todd@nelsonmullins.com**

    **Secondary E-Mail Addresses:**   **Herold.Labissiere@nelsonmullins.com**

Dated: January 5, 2023           Respectfully submitted,

          **NELSON MULLINS**

          By: _Ryan Todd_
          Ryan Todd | FBN: 91679
          ryan.todd@nelsonmullins.com
          herold.labissiere@nelsonmullins.com
          One Biscayne Tower, 21st Floor
          Miami, Florida 33131
          Tel: 305.373.9425
          *Counsel for Defendant, Viktor Armand Hammer*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 5th day of January 2023, a true and correct copy of the foregoing was sent by e-mail via the Florida Courts eFiling Portal (pursuant to Rule 2.516, Florida Rules of Judicial Administration and Administrative Order SC13-49), to all counsel of record below.

BUSH ROSS, P.A.
David C. Banker
Florida Bar No. 352977
dbanker@bushross.com
aflowers@bushross.com
P.O. Box 3913
Tampa, FL 33601-3913
Tel: 813.224.9255
*Counsel for Plaintiff*

2

# Exhibit B-9

Agreed Order

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. **CACE22017682**   DIVISION: **21**   JUDGE: **Singer, Michele Towbin (21)**

**Hammer International Foundation**

Plaintiff(s) / Petitioner(s)

v.

**Morgan Stanley Smith Barney LLC,, et al**

Defendant(s) / Respondent(s)

_____/

## AGREED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
## ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

THIS CAUSE, having come before the Court on Defendant, Viktor Armand Hammer's, Unopposed Motion for Enlargement of Time to file a response to the Complaint (the "Motion"), the Court having considered the Motion, having been advised of an agreement between the parties, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED**, as follows

1. The Motion is hereby GRANTED.

2. Defendant, Viktor Armand Hammer, shall have up to and including January 17, 2023 to file his response to the Complaint.

**DONE AND ORDERED** in Chambers at Broward County, Florida on 5th day of January, 2023.

CACE22017682 01

CACE22017682 01-05-2023 5:20 PM
Hon. Michele Towbin Singer
**CIRCUIT COURT JUDGE**
Electronically Signed by Michele Towbin Singer

**Copies Furnished To:**

David C. Banker , E-mail : aflowers@bushross.com
David C. Banker , E-mail : dbanker@bushross.com
RYAN K TODD , E-mail : ryan.todd@nelsonmullins.com
RYAN K TODD , E-mail : herold.labissiere@nelsonmullins.com

# Exhibit B-10

Notice of Filing/Notice of Removal to
Federal Court

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. CACE 22-017682 (21)

HAMMER INTERNATIONAL FOUNDATION,
a Cayman Islands company,

        Plaintiff,

v.

MORGAN STANLEY SMITH BARNEY, LLC,
a foreign limited liability company, VIKTOR
ARMAND HAMMER, a foreign individual,

        Defendants.

_____/

**NOTICE OF FILING NOTICE OF REMOVAL**

    Defendant, Viktor Armand Hammer, by and through undersigned counsel, hereby gives

notice of filing its Notice of Removal in the United States District Court Southern District of

Florida, dated January 13, 2023, in Case No. 0:23-cv-60066-WPD. The Notice is attached hereto.

Dated: January 13th, 2023         Respectfully submitted,

                            **NELSON MULLINS**

                            By: *Ryan Todd*
                            Ryan Todd | FBN: 91679
                            ryan.todd@nelsonmullins.com
                            herold.labissiere@nelsonmullins.com
                            One Biscayne Tower, 21st Floor
                            Miami, Florida 33131
                            Tel: 305.373.9425
                            *Counsel for Defendant, Viktor Armand Hammer*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 13th day of January 2023, a true and correct copy of

the foregoing was sent by e-mail via the Florida Courts eFiling Portal (pursuant to Rule 2.516,

Florida Rules of Judicial Administration and Administrative Order SC13-49), to all counsel of

record below.

**DAVID C. BANKER**
BUSH ROSS, P.A.
Florida Bar No. 352977
dbanker@bushross.com
aflowers@bushross.com
P.O. Box 3913
Tampa, FL 33601-3913
Tel: 813.224.9255
*Counsel for Plaintiff*

**THEODORE R. SNYDER**
DAVIS WRIGHT TREMAINE LLP
theodoresnyder@dwt.com
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-11042
212.489.8230
*Counsel for Defendant, Morgan Stanley*

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

Case No. _____

Hammer International Foundation,

     Plaintiff,

v.

Morgan Stanley Smith Barney LLC and
Viktor Armand Hammer,

     Defendants.

_____/

## DEFENDANT VIKTOR HAMMER'S NOTICE OF REMOVAL

     Defendant Viktor Hammer removes this case from the Circuit Court in and for the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, based on diversity jurisdiction under 28 U.S.C. §§ 1332, 1441(a), and 1446(b). In support of removal, Mr. Hammer states as follows:

## I.    PROCEDURAL BACKGROUND AND RELEVANT FACTS

     1.     On December 2, 2022, Plaintiff, the Hammer International Foundation ("HIF"), commenced this civil action in the Circuit Court in and for the Seventeenth Judicial District, Broward County, Florida, by filing a Complaint captioned *Hammer Int'l Foundation v. Morgan Stanley Smith Barney LLC and Viktor Armand Hammer*, No. CACE-22-017682 (Fla. 17th Jud. Cir. 2022) ("State Court Action").

     2.     In the Complaint, Plaintiff brings claims for breach of contract against Morgan

Stanley Smith Barney LLC ("Morgan Stanley") and tortious interference with contract against Viktor Hammer.

3.      Under 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Mr. Hammer, including the Complaint, are attached collectively as **Exhibit A**.

4.      Concurrent with filing this Notice, Mr. Hammer is serving this Notice on Plaintiff's counsel and filing a copy of the Notice with the Clerk of the State Court Action, under 28 U.S.C. § 144(d).

5.      Venue for removal is proper in this Court under 28 U.S.C. §§ 89(c) and 1441(a) because the United States District Court for the Southern District of Florida, Fort Lauderdale Division, is the federal judicial district and division embracing the Circuit Court in and for the Seventeenth Judicial Circuit, Broward County, Florida, where this action was originally filed.

## II.     NOTICE OF REMOVAL IS TIMELY.

6.      On December 17, 2022, Mr. Hammer was served with a summons and Complaint in the State Court Action.

7.      This Notice of Removal is filed within 30 days of the date Mr. Hammer was served with a copy of the initial pleading setting forth a claim for relief on which the action is based. *See* 28 U.S.C. § 1446(b). Thus, removal is timely.

8.      Morgan Stanley consents to this removal.

## III.    DIVERSITY OF CITIZENSHIP EXISTS.

### A.   Complete Diversity Exists Between Plaintiff and Defendants.

9.      Removal is warranted under 23 U.S.C. § 1441(b) because this Court has original jurisdiction under 28 U.S.C. § 1332(a).

10.     As alleged in the Complaint, Plaintiff is, and was at the time of filing this action, a not-for-profit association and charitable foundation under Section 79 of the Companies Law of the Cayman Islands with its principal place of business in Broward County, Florida. (*See* Compl. ¶ 1.)  Plaintiff is thus a citizen of the Cayman Islands and Florida. *See* 28 U.S.C. § 1332(c).

11.     Viktor Hammer is, and was at the time of this action's filing, a Tennessee citizen. (*See* Compl. ¶ 3.)

12.     Morgan Stanley is, and was at the time of this action's filing, a Delaware limited liability company with its principal place of business in New York. (*See* Compl. ¶ 2.) Morgan Stanley's sole member is Morgan Stanley Domestic Holdings, Inc., which is a Delaware corporation with its principal place of business in New York. Morgan Stanley is thus a citizen of Delaware and New York. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) (holding that for purposes of diversity jurisdiction, a limited liability company is a citizen of any state of which a member of the company is a citizen).

13.     Thus, there is complete diversity of citizenship between Plaintiff HIF and Defendants Viktor Hammer and Morgan Stanley under 28 U.S.C. § 1332(a).

**B.  The Amount in Controversy is Met.**

14.     Only a simple pleading that asserts a "plausible allegation" is necessary to show that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014). Once made, a defendant's allegations are presumed correct. *See id.*

3

15. Here, the amount in controversy for diversity jurisdiction is satisfied because it is clear from the face of Plaintiff's Complaint and civil cover sheet that "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a).

16. The Complaint pleads only the jurisdictional minimum of $30,000 as required by the state circuit court. (*See* Compl. ¶ 5.) But the allegations make clear that the amount in controversy exceeds the jurisdictional threshold of $75,000.00. *See Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754 (11th Cir. 2010) (holding that the amount in controversy is met where it is "facially apparent" from the complaint that the jurisdictional minimum is exceeded). District courts need not "suspend reality or shelve common sense in determining whether the face of a complaint, or other document, establishes the jurisdictional amount." *Id.* at 770 (quoting *Roe v. Michelin N. Am., Inc.*, 637 F. Supp. 2d 995, 999 (M.D. Ala. 2009), *aff'd*, 613 F.3d 1058 (11th Cir. 2010)). In conducting this analysis, "courts may use their judicial experience and common sense in determining whether the case stated in a complaint meets federal jurisdictional requirements." *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1062 (11th Cir. 2010).

17. Here, the Complaint alleges Morgan Stanley refused to transfer HIF's main account, "holding securities greatly exceeding $30,000." (Compl. ¶ 9.) And on Plaintiff's civil cover sheet, Plaintiff provided the estimated amount of the claim is over $100,000. Plaintiff's civil cover sheet is attached as **Exhibit B**.

18. Therefore, based on the allegations in the Complaint and the estimated amount of the claim stated in the civil cover sheet, it is "facially apparent" that the amount in

controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

19.     Therefore, because diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs, this civil action may be properly removed to this Court under 28 U.S.C. § 1441(b).

Dated January 13, 2023                           Respectfully submitted,

                                                 **NELSON MULLINS**

                                                 By: _/s/ Ryan K. Todd_
                                                 Ryan Todd | FBN: 91679
                                                 ryan.todd@nelsonmullins.com
                                                 One Biscayne Tower, 21st Floor
                                                 Miami, Florida 33131
                                                 Tel: 305.373.9425

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served on this 13th day of January 2023 on the recipients listed on the service list below by e-mail, as so indicated in the addresses below:

**David C. Banker**
BUSH ROSS, P.A
dbanker@bushross.com
aflowers@bushross.com
P.O. Box 3913
Tampa, FL 33601-3913
813.224.9255
*Counsel for Plaintiff*

**Theodore R. Snyder**
DAVIS WRIGHT TREMAINE LLP
theodoresnyder@dwt.com
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
212.489.8230
*Counsel for Defendant, Morgan Stanley*

# Exhibit "A"
## State Court Filings

Exhibit A-1:    State Court Docket

Exhibit A-2:    Clerk's Certificate of Compliance

Exhibit A-3:    Complaint

Exhibit A-4:    Civil Cover Sheet

Exhibit A-5:    eSummons Issuances

Exhibit A-6:    Motion for Enlargement of Time

Exhibit A-7:    Notice of Appearance

Exhibit A-8:    Agreed Order

# Exhibit A-1

State Court Docket

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

## Hammer International Foundation Plaintiff vs. Morgan Stanley Smith Barney LLC,, et al Defendant

**Broward County Case Number:** CACE22017682
**State Reporting Number:** 062022CA017682AXXXCE
**Court Type:** Civil
**Case Type:** Contract and Indebtedness
**Incident Date:** N/A
**Filing Date:** 12/02/2022
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 21 Singer, Michele Towbin

### − Party(ies)

Total: 3

| Party Type | Party Name | ⌕ Address | ❓ Attorneys / Address<br>★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Hammer International Foundation** | | ★ Banker, David Christopher<br>Retained<br>Bar ID: 352977<br>Bush Ross PA<br>1801 N Highland Ave<br>Tampa, FL 33602<br>**Status: Active** |
| Defendant | **Morgan Stanley Smith Barney LLC,** | | |
| Defendant | **Hammer, Viktor Armand** | | ★ Todd, Ryan K, ESQ.<br>Retained<br>Bar ID: 91679<br>Broad and Cassel<br>One Financial Plaza<br>100 SE 3rd Avenue Suite 2700<br>Fort Lauderdale, FL 33394<br>**Status: Active** |

### − Disposition(s)

Total: 0

Date                    Statistical Closure(s)

Date          Disposition(s)                    View          Page(s)

## — Event(s) & Document(s)                                      Total: 9

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 01/05/2023 | **Agreed Order** | The Motion is hereby GRANTED | 📄 | 2 |
| 01/05/2023 | **Notice of Appearance** | Party: *Defendant* Hammer, Viktor Armand | 📄 | 2 |
| 01/05/2023 | **Motion for Enlargement of Time** | UNOPPOSED TO PLAINTIFF'S COMPLAINT Party: *Defendant* Hammer, Viktor Armand | 📄 | 3 |
| 12/12/2022 | **eSummons Issuance** | Party: *Defendant* Morgan Stanley Smith Barney LLC, | 📄 | 3 |
| 12/12/2022 | **eSummons Issuance** | Party: *Defendant* Hammer, Viktor Armand | 📄 | 3 |
| 12/02/2022 | **Per AOSC20-23 Amd12, Case is determined General** | | | |
| 12/02/2022 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄 | 3 |
| 12/02/2022 | **Complaint (eFiled)** | Party: *Plaintiff* Hammer International Foundation | 📄 | 4 |
| 12/02/2022 | **Clerk's Certificate of Compliance W-2020-73CIV/2020-74-UFC** | none | 📄 | 1 |

## — Hearing(s)                                                 Total: 0

There is no Disposition information available for this case.

— Related Case(s)                                                  Total: 0

There is no related case information available for this case.

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

# Exhibit A-2

Clerk's Certificate of Compliance

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

**IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY, FLORIDA**

Case No: _22 - 17682_

_Hammer International Foundation_
Plaintiff                                     Judge Division: _21_

VS

_Morgan Stanley Smith Barney LLC;_
Defendant              _Viktor Armand Hammer_

**CLERK'S CERTIFICATE OF COMPLIANCE**

FILED DEC 02 2022

I hereby certify that pursuant to Administrative Order, No. 2020–73Civ/2020–74–UFC:
**"ADMINISTRATIVE ORDER DIRECTING CLERK OF COURTS WITH REGARD TO
DISMISSED CIVIL OR FAMILY CASES",**

**The Clerk has conducted a search for all previous existing civil cases related to
these two parties.**

**Listed below are all the aforementioned related cases:** NONE

Brenda D. Forman
Circuit and County Courts

By: _____

Deputy Clerk

# Exhibit A-3

Complaint

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

NOT AN OFFICIAL COPY



# Electronically Certified Court Record

### (cover page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

**DOCUMENT INFORMATION**

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 12/7/2022 12:54:43 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-GFFGGFED-FBIGAB-C |
| **Case Docket:** | 12/2/2022 - Complaint (eFiled) - 4 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20221207124031E6D3 |

**HOW TO VERIFY THIS DOCUMENT**

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.



Case Number: CACE-22-017682 Division: 21

Filing # 162246702 E-Filed 12/02/2022 09:24:08 AM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

Hammer International Foundation,

     Plaintiff,

v.

                            Case No. _____

                            Division: _____

Morgan Stanley Smith Barney LLC
and Viktor Armand Hammer,

     Defendants.

_____/

## Complaint

     The plaintiff, Hammer International Foundation ("**HIF**"), sues the defendants, Morgan Stanley Smith Barney LLC ("**Morgan Stanley**") and Viktor Armand Hammer ("**Viktor Hammer**"), and states:

### Jurisdiction and Venue

     1.     The plaintiff, HIF, is a not-for-profit association and charitable foundation under Section 79 of the Companies Law of the Cayman Islands. HIF is registered to do business and has its principal place of business in the United States in Broward County, Florida.

     2.     The defendant, Morgan Stanley, is a Delaware brokerage firm registered to do business and doing business in Broward County, Florida.

     3.     The defendant, Viktor Hammer, is a Tennessee resident.

     4.     Venue is proper in, and the Court has jurisdiction over, both defendants in Broward County, Florida because Morgan Stanley breached its contract obligation to HIF in Broward County, Florida, and Viktor Hammer tortiously caused injury to HIF in Broward County, Florida.

     5.     The amount in controversy exceeds this Court's jurisdictional threshold of $30,000.

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 12/02/2022 09:24:06 AM.****

Unique Code : CAA-FAA-BCABB-GFFGGFED-FBIGAB-C Page 1 of 4

**Count I – Breach of Contract Against Morgan Stanley**

6.    HIF maintained 2 securities accounts with Morgan Stanley ending in numbers 1254 and 1305.

7.    On or about November 8, 2022, HIF directed Morgan Stanley to transfer both of HIF's accounts with Morgan Stanley to Wells Fargo Advisors.

8.    On or about November 17, 2022, Morgan Stanley transferred HIF's account 1305 to Wells Fargo Advisors, in accordance with HIF's directive.

9.    Morgan Stanley refused, however, to transfer HIF's main account 1254, holding securities greatly exceeding $30,000, to Wells Fargo Advisors, thereby breaching Morgan Stanley's contract obligation to HIF.

10.    HIF has not been able to locate any written contract with Morgan Stanley concerning HIF's account 1254, which Morgan Stanley has refused to transfer to Wells Fargo Advisors.

11.    HIF has requested Morgan Stanley to provide any written contract purportedly governing account 1254, but Morgan Stanley has declined to do so.

12.    Morgan Stanley contracted, either orally or in writing, to honor HIF's instruction to transfer account 1254.

13.    Morgan Stanley's breach of its oral or written contract to transfer HIF's account 1254, upon HIF's request, has caused HIF damages which exceed $30,000.00.

14.    HIF is suffering irreparable harm and has no adequate remedy at law for Morgan Stanley's refusal to transfer HIF's account 1254.

WHEREFORE, HIF requests the Court to enter a judgment against Morgan Stanley for breach of contract damages, costs, and interest; to enter a mandatory injunction ordering Morgan

Unique Code : CAA-FAA-BCABB-GFFGGFED-FBIGAB-C Page 2 of 4

Stanley immediately to transfer HIF's account 1254 to Wells Fargo Advisors, as directed; and to award such other relief as the Court deems proper. HIF further demands trial by jury.

### Count II – Viktor Hammer's Tortious Interference with HIF's Contract With Morgan Stanley

15. HIF incorporates all preceding allegations in this paragraph.

16. At all material times, Morgan Stanley employed and / or offered Viktor Hammer as a financial advisor to handle HIF's account 1254, which Morgan Stanley has refused to transfer to Wells Fargo Advisors.

17. Viktor Hammer and Morgan Stanley had a conflict of interest in handling HIF's account 1254 because Viktor Hammer at all material times also served on the Board of Directors of The Armand Hammer Foundation, Inc. ("**AHF**"), a Florida, not-for-profit foundation whose accounts Morgan Stanley and Viktor Hammer also handled.

18. HIF and AHF are affiliated, not-for-profit foundations.

19. Viktor Hammer's father, Michael Armand Hammer, was the longstanding Chairman and President of HIF and AHF before his terminal illness in 2022.

20. Michael Armand Hammer died on November 20, 2022, and Viktor Hammer immediately thereafter began unlawfully trying to seize control of AHF and HIF.

21. Morgan Stanley and Viktor Hammer derived substantial revenue from maintaining and handling HIF's and AHF's accounts, which revenue would terminate upon transfer of HIF's and AHF's accounts from Morgan Stanley to Wells Fargo Advisors.

22. On or about November 25, 2022, just five days after his father's death, Viktor Hammer unlawfully conducted an invalid meeting of the Board of Directors of AHF during which Viktor Hammer purportedly put himself in charge of AHF and HIF and purportedly gave himself exclusive control over AHF's and HIF's accounts with Morgan Stanley.

Unique Code : CAA-FAA-BCABB-GFFGGFED-FBIGAB-C Page 3 of 4

23.     No valid Board meeting of AHF occurred, and no valid Board action was taken on behalf of AHF, on November 25, 2022.

24.     Viktor Hammer had no legal authority to put himself in charge of HIF or to give himself exclusive control over HIF's accounts, through the invalid, AHF Board meeting on November 25, 2022, or otherwise.

25.     At Viktor Hammer's patently conflicted insistence, however, Morgan Stanley has refused to honor HIF's directive to transfer HIF's account 1254 to Wells Fargo Advisors.

26.     Viktor Hammer, without legal authority or justification, knowingly and tortiously interfered with HIF's contract with Morgan Stanley concerning account 1254 and thereby caused damage and irreparable harm to HIF.

WHEREFORE, HIF requests the Court to enter judgment against Viktor Hammer for damages, costs, interest, and attorneys' fees and to award such other relief as the Court deems proper.  HIF further demands trial by jury.

Dated this 2nd day of December 2022.

/s/ David C. Banker
David C. Banker, Esquire
Florida Bar No. 352977
BUSH ROSS, P.A.
P.O. Box 3913
Tampa, FL  33601-3913
Primary E-mail:  dbanker@bushross.com
Secondary E-mail: aflowers@bushross.com
Telephone: (813) 224-9255
Facsimile: (813) 223-9620
**Attorneys for HIF**

Unique Code : CAA-FAA-BCABB-GFFGGFED-FBIGAB-C Page 4 of 4

# Exhibit A-4
State Court Civil Cover Sheet

Case 0:23-cv-61067-WPD Document 1-2 Entered on FLSD Docket 06/02/2023 Page 65 of 101

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT, IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Hammer International Foundation</u>
Plaintiff

Case # _____

Judge _____

vs.

<u>Morgan Stanley Smith Barney LLC., Viktor Armand Hammer</u>
Defendant

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.    TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

## CIRCUIT CIVIL

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**     **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

    1. Breach of Contract; and 2. Tortious interference with contract

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**     **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ David C. Banker          Fla. Bar # 352977
        Attorney or party                  (Bar # if attorney)

David C. Banker            12/02/2022
 (type or print name)           Date

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

# Exhibit A-5
eSummons Issuances

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

Hammer International Foundation,

     Plaintiff,

v.                                 Case No. CACE-22-017682

                                     Division: 21

Morgan Stanley Smith Barney LLC,
and Viktor Armand Hammer

     Defendants.

_____/

**SUMMONS**

**THE STATE OF FLORIDA:**
To each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this action on
Defendant:

**Viktor Armand Hammer**
**188 Front Street, Suite 116-15**
**Franklin, TN 37064**

Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose
name and address is:

**David C. Banker, Esquire, Bush Ross, P.A.**
**1801 North Highland Avenue**
**Tampa, Florida 33602**

within **20 days** after service of this Summons upon that Defendant, exclusive of the day of service,
and to file the original of the written defenses with the Clerk of this Court at 201 SE 6th Street, Fort
Lauderdale, Florida 3301, either before service on Plaintiff's attorney or immediately thereafter.
If a Defendant fails to do so, a default will be entered against that Defendant for the relief
demanded in the Complaint.

     Dated: _____    DEC 13 2022

                  BRENDA D. FORMAN
                  CLERK OF CIRCUIT COURT

                  By: _____
                  As Deputy Clerk
                  **IMPORTANT**

                  Page 1 of 2 BRENDA D. FORMAN

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you have a hearing or voice disability you can contact the court through the Florida Relay Service by calling 711."**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Clerk of Court & Comptroller's Office ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l.assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d.autres obligations juridiques et vous pouvez requerir les services immediats d.un avocat. Si vous ne connaissez pas d.avocat, vous pourriez telephoner a un service de reference d.avocats ou a un bureau d.assistance juridique (figurant a l.annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter Clerk of Court & Comptroller's Office ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721; au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

Case 0:23-cv-61067-WPD Document 1-1 Entered on FLSD Docket 06/02/2023 Page 72 of 101   CACE-22-017682

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

Hammer International Foundation,

     Plaintiff,

v.                                   Case No. CACE-22-017682

                                        Division: 21

Morgan Stanley Smith Barney LLC,
and Viktor Armand Hammer

        Defendants.

_____/

**SUMMONS**

**THE STATE OF FLORIDA:**
To each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this action on Defendant:

**Morgan Stanley Smith Barney LLC**
**c/o C T Corporation System, as Registered Agent**
**1200 South Pine Island Road**
**Plantation, FL 33324**

Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is:

**David C. Banker, Esquire, Bush Ross, P.A.**
**1801 North Highland Avenue**
**Tampa, Florida 33602**

within **20 days** after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of the written defenses with the Clerk of this Court at 201 SE 6th Street, Fort Lauderdale, Florida 3301, either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

     Dated: _____     DEC 13 2022

                    BRENDA D. FORMAN
                    CLERK OF CIRCUIT COURT

                    By: _____
                    As Deputy Clerk
                    **IMPORTANT**

                Page 1 of 3         **BRENDA D. FORMAN**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you have a hearing or voice disability you can contact the court through the Florida Relay Service by calling 711."**

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Clerk of Court & Comptroller's Office ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l.assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d.autres obligations juridiques et vous pouvez requerir les services immediats d.un avocat. Si vous ne connaissez pas d.avocat, vous pourriez telephoner a un service de reference d.avocats ou a un bureau d.assistance juridique (figurant a l.annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter Clerk of Court & Comptroller's Office ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721; au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

# Exhibit A-6

Motion for Enlargement of Time

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

Filing # 164168049 E-Filed 01/05/2023 03:23:03 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE 22-017682 (21)

HAMMER INTERNATIONAL FOUNDATION,
a Cayman Islands company,

    Plaintiff,

v.

MORGAN STANLEY SMITH BARNEY, LLC,
a foreign limited liability company, VIKTOR
ARMAND HAMMER, a foreign individual,

    Defendants.

_____/

**DEFENDANT'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME
TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

  Defendant, Viktor Armand Hammer, pursuant to Fla.R.Civ.P. 1.190(b), files this, his
***Unopposed*** Motion for Enlargement of Time, and herein seeks a brief extension to file a
response to Plaintiff, Hammer International Foundation's, Complaint, and in support thereof,
states:

  1.  On Saturday, December 17, 2022, Plaintiff served Mr. Hammer with the
Summons and Complaint. Pursuant to Fla.R.Jud.Admin. 2.514, Mr. Hammer's response to
the Complaint is due on January 9, 2023.

  2.  Based on the recent holidays, related travel, the demands of counsel's practice,
and other deadlines, counsel for Mr. Hammer requires a one-week enlargement of time up to
and including January 17, 2023—as January 16 is a Court holiday—to conduct the
appropriate investigation and prepare a response to the Complaint.

PHOTOGRAPHIC COPY - NOT AN OFFICIAL COPY

NOT AN OFFICIAL COPY

3.  Rule 1.090(b) of Florida Rules of Civil Procedure specifically authorizes the Court to grant enlargements of time in the interest of judicial economy and if reasonable grounds are asserted before the deadline to respond expires. *See, e.g., Morales v. Sperry Rand Corp.*, 601 So. 2d 538, 540 (Fla. 1992); *Pinnacle Corp. of Cent. Florida, Inc. v. R.L Jernigan Sandblasting & Painting, Inc.*, 718 So. 2d 1265, 1266 (Fla. 2d DCA 1998).

4.  Granting an enlargement of time is within this Court's discretion. *See Hovercraft of S. Fla., Inc. v. Reynolds*, 211 So. 3d 1073, 1077 (Fla. 5th DCA 2017).

5.  Accordingly, the undersigned respectfully requests that this Court grant Mr. Hammer's one-week extension of time in which to file his response to the Complaint.

6.  By so moving herein, Mr. Hammer does not waive and expressly reserves all available defenses, including but not limited to defenses based on improper venue and lack of personal jurisdiction. *See Benedetto v. U.S. Bank Nat. Ass'n*, 181 So. 3d 564, 567 (Fla. 4th DCA 2015) ("Where a defendant files a motion for extension of time to answer a complaint, the defendant does not submit to the jurisdiction of the court or waive the defense of lack of jurisdiction for failure of service of process.") (citing *Byers v. FIA Card Servs., N.A.,* 82 So. 3d 1166, 1168 (Fla. 4th DCA 2012)).

7.  The undersigned represents and certifies that this Motion is not interposed for any dilatory or improper purpose, and no undue prejudice will be caused to any party at this stage of the litigation.

8.  The undersigned contacted counsel for Plaintiff, regarding the request for a one-week extension, and he advised that he has no objection to the requested extension of time.

Case No. CACE 22-017682 (21)

**WHEREFORE**, Defendant, Viktor Armand Hammer, respectfully requests that the

Court enter an Order granting Defendant an enlargement of time, up to and including January

17, 2023, within which to file its response to the Plaintiff's Complaint.

Dated: January 5, 2023          Respectfully submitted,

**NELSON MULLINS**

By:  *Ryan K. Todd*
Ryan Todd | FBN: 91679
ryan.todd@nelsonmullins.com
One Biscayne Tower, 21st Floor
Miami, Florida 33131
Tel: 305.373.9425
*Counsel for Defendant, Viktor Armand Hammer*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by e-mail

via the Florida Courts eFiling Portal to the below counsel this <u>5th</u> day of January 2023.

BUSH ROSS, P.A.
David C. Banker
Florida Bar No. 352977
dbanker@bushross.com
aflowers@bushross.com
P.O. Box 3913
Tampa, FL 33601-3913
Tel: 813.224.9255
*Counsel for Plaintiff*

3

# Exhibit A-7

Notice of Appearance

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE 22-017682 (21)

HAMMER INTERNATIONAL FOUNDATION,
a Cayman Islands company,

        Plaintiff,

v.

MORGAN STANLEY SMITH BARNEY, LLC,
a foreign limited liability company, VIKTOR
ARMAND HAMMER, a foreign individual,

        Defendants.

_____/

## NOTICE OF APPEARANCE AND
## DESIGNATION OF EMAIL ADDRESSES

NOTICE is hereby given that Ryan Todd, Esq., of the law firm Nelson Mullins, enters his appearance in this lawsuit on behalf of Defendant, Viktor Armand Hammer.

Defendant hereby designates its primary and secondary email addresses and requests that copies of all motions, pleadings, orders and other documents in this case be served on it at the email addresses below pursuant to Florida Rule of Judicial Administration 2.516:

| | |
|---|---|
| **Primary E-mail address:** | **Ryan.Todd@nelsonmullins.com** |
| **Secondary E-Mail Addresses:** | **Herold.Labissiere@nelsonmullins.com** |

Dated: January 5, 2023         Respectfully submitted,

**NELSON MULLINS**

By: *Ryan Todd*
Ryan Todd | FBN: 91679
ryan.todd@nelsonmullins.com
herold.labissiere@nelsonmullins.com
One Biscayne Tower, 21st Floor
Miami, Florida 33131
Tel: 305.373.9425
*Counsel for Defendant, Viktor Armand Hammer*

NOT AN OFFICIAL COPY - NOT AN OFFICIAL COPY

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 5th day of January 2023, a true and correct copy

of the foregoing was sent by e-mail via the Florida Courts eFiling Portal (pursuant to Rule

2.516, Florida Rules of Judicial Administration and Administrative Order SC13-49), to all

counsel of record below.

BUSH ROSS, P.A.
David C. Banker
Florida Bar No. 352977
dbanker@bushross.com
aflowers@bushross.com
P.O. Box 3913
Tampa, FL 33601-3913
Tel: 813.224.9255
*Counsel for Plaintiff*

2

# Exhibit A-8

Agreed Order

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

Case 0:23-cv-61006-WPD Document 1-2 Entered on FLSD Docket 09/23/2023 Page 83 of 101

# IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
# IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. <u>CACE22017682</u>   DIVISION: <u>21</u>   JUDGE: <u>Singer, Michele Towbin (21)</u>

**Hammer International Foundation**

Plaintiff(s) / Petitioner(s)

v.

**Morgan Stanley Smith Barney LLC,, et al**

Defendant(s) / Respondent(s)

_____/

## AGREED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

THIS CAUSE, having come before the Court on Defendant, Viktor Armand Hammer's, Unopposed Motion for Enlargement of Time to file a response to the Complaint (the "Motion"), the Court having considered the Motion, having been advised of an agreement between the parties, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED**, as follows

1. The Motion is hereby GRANTED.

2. Defendant, Viktor Armand Hammer, shall have up to and including January 17, 2023 to file his response to the Complaint.

**DONE AND ORDERED** in Chambers at Broward County, Florida on <u>5th day of January, 2023</u>.

CACE22017682 01

<u>CACE22017682 01-05-2023 5:20 PM</u>
Hon. Michele Towbin Singer
**CIRCUIT COURT JUDGE**
Electronically Signed by Michele Towbin Singer

**Copies Furnished To:**

David C. Banker , E-mail : aflowers@bushross.com
David C. Banker , E-mail : dbanker@bushross.com
RYAN K TODD , E-mail : ryan.todd@nelsonmullins.com
RYAN K TODD , E-mail : herold.labissiere@nelsonmullins.com

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

# Exhibit "B"

State Court Civil Cover Sheet

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

Case 0:23-cv-60056-RAR Document 1-2 Entered on FLSD Docket 01/23/2023 Page 86 of 101

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

_____

      **I.     CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT, IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Hammer International Foundation</u>
Plaintiff                                                   Case # _____

                                                Judge _____

vs.

<u>Morgan Stanley Smith Barney LLC,, Viktor Armand Hammer</u>
Defendant

_____

      **II.     AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

      **III.     TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 12/02/2022 09:24:06 AM.****

## CIRCUIT CIVIL

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

    **IV.**    **REMEDIES SOUGHT** (check all that apply):
    ☒ Monetary;
    ☒ Nonmonetary declaratory or injunctive relief;
    ☐ Punitive

    **V.**    **NUMBER OF CAUSES OF ACTION:** [  ]
    (Specify)

        1. Breach of Contract; and 2. Tortious interference with contract

    **VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
        ☐ yes
        ☒ no

    **VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
        ☒ no
        ☐ yes If "yes," list all related cases by name, case number, and court.

    **VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
        ☒ yes
        ☐ no

    **IX.**    **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
        ☐ yes
        ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ David C. Banker        Fla. Bar # 352977
        Attorney or party        (Bar # if attorney)

David C. Banker        12/02/2022
(type or print name)        Date

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS** HAMMER INTERNATIONAL FOUNDATION, a Cayman Islands company

**DEFENDANTS** MORGAN STANLEY SMITH BARNEY, LLC, a foreign limited liability company, VIKTOR ARMAND HAMMER, a foreign individual

**(b)** County of Residence of First Listed Plaintiff Cayman Islands
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant New Castle, Delaware
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David C. Banker, Bush Ross, P.A., P.O. Box 3913
Tampa, FL 33601-3913

Attorneys *(If Known)*
Ryan Todd, Nelson Mullins, One Biscayne Tower, 21st Floor
Miami, Florida 33131

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☒ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Med. Malpractice

*PERSONAL INJURY*
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
*Habeas Corpus:*
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
*Other:*
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee – Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent – Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act (TCPA)
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*
☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed *(See VI below)*
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

**VI. RELATED/ RE-FILED CASE(S)** *(See instructions):* a) Re-filed Case ☐ YES ☒ NO b) Related Cases ☐ YES ☒ NO
**JUDGE:** **DOCKET NUMBER:**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*
**VII. CAUSE OF ACTION** Breach of Contract, Tortious Interference
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 **DEMAND $** _____ CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**
DATE
**January 13, 2023**
SIGNATURE OF ATTORNEY OF RECORD
*Ryan Todd*

**FOR OFFICE USE ONLY : RECEIPT #** _____ **AMOUNT** _____ IFP _____ JUDGE _____ MAG JUDGE _____

# Exhibit B-11

Order of Remand

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 2/10/2023 4:30:00 PM ****
Case 0:23-cv-61827-RS   Document 1-2   Entered on FLSD Docket 09/22/2023   Page 91 of 101
Case 0:23-cv-60066-WPD   Document 13   Entered on FLSD Docket 01/30/2023   Page 1 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60066-CIV-DIMITROULEAS

HAMMER INTERNATIONAL FOUNDATION,

        Plaintiff,

v.                                                      *case* 22— 17682

MORGAN STANLEY SMITH BARNEY LLC and
VIKTOR ARMAND HAMMER,

        Defendants.
_____/

**ORDER REMANDING CASE TO STATE COURT**

F I L E
FEB 1 0 2023
By_____

        THIS CAUSE is before the Court on Defendant Viktor Armand Hammer's Response to

the Court's Second Show Cause Order, filed January 27, 2023. [DE 12]. The Court is otherwise

fully advised in the premises.

        Federal courts are courts of limited jurisdiction. *See Kokkonen v. Guardian Life Ins. Co.*

*of Am.*, 511 U.S. 375, 377 (1994); *Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1095 (11th Cir.

1994). District courts have an obligation to inquire into subject matter jurisdiction whenever the

possibility that jurisdiction does not exist arises, *Cheffer v. Reno*, 55 F.3d 1517, 1523 (11th Cir.

1995), and must dismiss an action where it appears that the court lacks jurisdiction. Fed. R. Civ.

P. 12(h)(3). "[B]ecause a federal court is powerless to act beyond its statutory grant of subject

matter jurisdiction, a court must zealously insure that jurisdiction exists over a case, and should

itself raise the question of subject matter jurisdiction at any point in the litigation where a doubt

about jurisdiction arises." *Smith v. GTE Corp.*, 236 F.3d 1292, 1299 (11th Cir. 2001). Under

§1332(a), federal district courts have original jurisdiction over civil actions between citizens of

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 2/10/2023 4:30:00 PM ****
Case 0:23-cv-61827-RS   Document 1-2   Entered on FLSD Docket 09/22/2023   Page 92 of 101
Case 0:23-cv-60066-WPD   Document 13   Entered on FLSD Docket 01/30/2023   Page 2 of 5

different states and where the amount in controversy "exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. §1332(a).

It is the removing defendant's burden to establish federal jurisdiction. *See Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1208 (11th Cir. 2007). The removing party must point to facts, not conclusory allegations, to meet its burden. *See Williams v. Best Buy Co.*, 269 F.3d 1316, 1319-20 (11th Cir. 2001).

Plaintiff alleges in the Complaint only that the amount in controversy exceeds $30,000. *See* [DE 1-1] at ¶5. The Complaint also alleges that "Morgan Stanley refused, however, to transfer HIF's main account 1254, holding securities greatly exceeding $30,000, to Wells Fargo Advisors, thereby breaching Morgan Stanley's contract obligation to HIF" and "Morgan Stanley's breach of its oral or written contract to transfer HIF's account 1254, upon HIF's request, has caused HIF damages which exceed $30,000.00." ¶¶9, 13. It is not "facially apparent" from the complaint that the amount in controversy exceeds $75,000.00; accordingly, the Court turns to the Notice of Removal. *See Williams*, 269 F.3d at 1319 ("If the jurisdictional amount is not facially apparent from the complaint, the court should look to the notice of removal and may require evidence relevant to the amount in controversy at the time the case was removed.").

"Where, as here, the plaintiff has not pled a specific amount of damages, the removing defendant must prove by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional requirement." *Williams*, 269 F.3d at 1319. The removing defendant must make "specific factual allegations establishing jurisdiction [that can be supported] ... with evidence combined with reasonable deductions, reasonable inferences, or other reasonable extrapolations." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754 (11th Cir. 2010).

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 2/10/2023 4:30:00 PM ****
Case 0:23-cv-61827-RS   Document 1-2   Entered on FLSD Docket 09/22/2023   Page 93 of 101
Case 0:23-cv-60066-WPD   Document 13   Entered on FLSD Docket 01/30/2023   Page 3 of 5

Defendant Viktor Hammer ("Hammer") asserts in his Notice of Removal that the amount

in controversy exceeds $75,000, based on the state court civil cover sheet, which has the box

selected for the "Amount of Claim" being "over $100,000.00." *See* [DE 1-2] at p. 2. This is of

no value to the Court in the exercise of its independent obligation to ensure that federal

jurisdiction exists. The state court civil cover sheet states, in relevant part, regarding the

"Amount of Claim":

> The estimated amount of the claim is requested for data collection and clerical
> purposes only. The amount of the claim shall not be used for any other purpose.

*See* [DE 1-2] at p. 2.

Based on the foregoing, it is not apparent that this Court has subject matter jurisdiction

over Plaintiffs' claim pursuant to 28 U.S.C. § 1332(a).

Accordingly, on January 17, 2023, the Court entered an Order to Show Cause, stating that

Defendant Viktor Hammer shall have up to and including January 24, 2023, to respond to this

Order to Show Cause, providing sufficient evidence to establish that the amount in controversy

in this case exceeds $75,000. *See* [DE 4].

On January 24, 2023, Defendant filed a Response to the Court's Show Cause Order. *See*

[DE 9]. Defendant asserts that the state civil cover sheet, addressed above, in conjunction with

(1) Defendant Viktor Hammer's Declaration [DE 9-1], which states that the Hammer

International Foundation account (identified in the Complaint as "account 1254") held with

Morgan Stanley currently holds, and at all times relevant also held, assets in excess of $75,000;

and (2) a January 21, 2023 email from Plaintiff's counsel [DE 9-2] that states, "I understand that

the amount in the account is way more than $75k" provide sufficient evidence to establish that

the amount in controversy in this case exceeds $75,000. The Court disagrees. Defendant Viktor

Hammer's Declaration [DE 9-1] provides the Court with no evidence of the actual amount in the

\*\*\*\* FILED: BROWARD COUNTY, FL. Brenda D. Forman, CLERK 3/10/2023 4:30:00 PM \*\*\*\*
Case 0:23-cv-61827-RS Document 1-2 Entered on FLSD Docket 09/22/2023 Page 94 of 101
Case 0:23-cv-60066-WPD Document 13 Entered on FLSD Docket 01/30/2023 Page 4 of 5

account at issue. Nor does Plaintiff's counsel's concession provide any evidence for the Court of the amount in controversy. A stipulation or admission as to the amount in controversy is of no value to the Court in the exercise of its independent obligation to ensure that federal jurisdiction exists. "Because jurisdiction cannot be conferred by consent, the district court should be leery of any stipulations the parties offer concerning the facts related to jurisdiction." *Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1275 (11th Cir. 2000).

Accordingly, on January 25, 2023, the Court entered a Second Order to Show Cause, stating that Defendant Viktor Hammer shall have up to and including January 27, 2023, to respond to this Order to Show Cause, providing sufficient evidence to establish that the amount in controversy in this case exceeds $75,000. *See* [DE 11]. The Court warned that Defendant's failure to comply will result in this case being remanded to state court. *See id.*

On January 27, 2023, Defendant filed a Response to the Court's Show Cause Order. *See* [DE 12]. Defendant states that he has no additional evidence to demonstrate the amount in controversy exceeds $75,000. *See id.*

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Clerk is directed to **REMAND** this case to state court;

2.    The Clerk is further directed to **CLOSE** this case and to **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 30th day of January, 2023.

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk;
U.S. District Court
Southern District of Florida
By_____ Deputy Clerk
Date_____

WILLIAM P. DIMITROULEAS
United States District Judge

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 3/10/2023 4:30:00 PM ****

Copies furnished to:
Counsel of record

# Exhibit B-12

Stipulation for Substitution of Counsel

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. CACE-22-017682

HAMMER INTERNATIONAL FOUNDATION,
a foreign not for profit corporation,

        Plaintiff,

v.

MORGAN STANLEY SMITH BARNEY, LLC,
a foreign limited liability company, and
VIKTOR ARMAND HAMMER, a foreign individual,

        Defendant.

_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

    **IT IS HEREBY STIPULATED AND AGREED** that Susan E. Raffanello, Kevin C.

Kaplan, and the law firm of Coffey Burlington, P.L., be substituted as counsel for Plaintiff,

HAMMER INTERNATIONAL FOUNDATION, and David C. Banker and the law firm of Bush

Ross, P.A., hereby withdraw as counsel for said Plaintiff and are hereby relieved of any further

duties, responsibilities or obligations herein.

    Respectfully submitted,

| | |
|---|---|
| BUSH ROSS, P.A. | COFFEY BURLINGTON, P.L. |
| 1801 North Highland Avenue | 2601 S. Bayshore Drive, PH-1 |
| Tampa, Florida 33602 | Miami, Florida 33133 |
| Tel: 813-224-9255 | Tel: 305-858-2900 |
| | |
| By: _/s/ David C. Banker_ | By: _/s/ Susan E. Raffanello_ |
| David C. Banker, Florida Bar No. 352977 | Susan E. Raffanello, Florida Bar No.: 676446 |
| dbanker@bushross.com | sraffanello@coffeyburlington.com |
| aflowers@bushross.com | Kevin C. Kaplan, Florida Bar No. 933848 |
| | kkaplan@coffeyburlington.com |
| | service@coffeyburlington.com |

COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900  F. 305·858·5261
*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 02/16/2023 10:33:26 AM.****

DocuSign Envelope ID: F456C231-C59E-4780-B4D6-758BDF780492

## CONSENT TO SUBSTITUTION OF COUNSEL

Plaintiff, HAMMER INTERNATIONAL FOUNDATION, hereby consents to the substitution of Susan E. Raffanello, Kevin C. Kaplan, and the law firm of Coffey Burlington, P.L., in the place of David C. Banker and the law firm of Bush Ross, P.A., as counsel of record for Plaintiff, HAMMER INTERNATIONAL FOUNDATION.

HAMMER INTERNATIONAL FOUNDATION

By: _Mark Alfano_____

Mark Alfano, Treasurer

Dated: _2/15/2023_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document has been furnished by the Florida Courts eFiling Portal pursuant to Fla. R. Jud. Admin. 2.516(b)(1), on February 16, 2023, to:

Ryan K. Todd, Esq.
*Counsel for Viktor Armand Hammer*
Nelson Mullins
2 South Biscayne Boulevard
21st Floor
Miami, Florida 33131
Tel: 305-373-9400
ryan.todd@nelsonmullins.com
herold.labissiere@nelsonmullins.com

/s/ Susan E. Raffanello
Susan E. Raffanello

COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900  F. 305·858·5261

# Exhibit B-13

Notice of Appearance

Filing # 166981269 E-Filed 02/16/2023 04:19:42 PM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. CACE-22-017682

HAMMER INTERNATIONAL FOUNDATION,
a foreign not for profit corporation,

        Plaintiff,

v.

MORGAN STANLEY SMITH BARNEY, LLC,
a foreign limited liability company, and
VIKTOR ARMAND HAMMER, a foreign individual,

        Defendant.

_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF PRIMARY EMAIL ADDRESS**

      **PLEASE TAKE NOTICE** that Kevin C. Kaplan and Susan E. Raffanello of the law firm

COFFEY BURLINGTON, P.L., hereby enter their appearance as counsel for Plaintiff, HAMMER

INTERNATIONAL FOUNDATION, in the above-captioned proceeding.  All further pleadings,

correspondence and/or documents of any kind filed in this case should be served upon undersigned

counsel at the designated emails provided as follows:

| **Kevin C. Kaplan** | **Susan E. Raffanello** |
|---|---|
| kkaplan@coffeyburlington.com | sraffanello@coffeyburlington.com |
| lperez@coffeyburlington.com | lmaltz@coffeyburlington.com |
| service@coffeyburlington.com | service@coffeyburlington.com |

*This space intentionally left blank*

COFFEY │ BURLINGTON

Respectfully submitted,

**COFFEY BURLINGTON, P.L.**
*Counsel for Plaintiff*
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile:  (305) 858-5261

By:_____*/s/ Kevin C. Kaplan*_____
Kevin C. Kaplan, Florida Bar No. 933848
kkaplan@coffeyburlington.com
Susan E. Raffanello, Florida Bar No. 676446
sraffanello@coffeyburlington.com
lmaltz@coffeyburlington.com
service@coffeyburlington.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document has been furnished by the Florida

Courts eFiling Portal pursuant to Fla. R. Jud. Admin. 2.516(b)(1), on February 16, 2023, to:

Ryan K. Todd, Esq.
*Counsel for Defendants*
Nelson Mullins
2 South Biscayne Boulevard
21st Floor
Miami, Florida 33131
Tel: 305-373-9400
ryan.todd@nelsonmullins.com

*/s/ Kevin C. Kaplan*_____
Kevin C. Kaplan